UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 19, 2013

_____

No. 13-1434
(4:11-cv-02553-RBH)

_____

TREY Z. COOPER

       Plaintiff - Appellant

v.

DSM NUTRITIONAL PRODUCTS, LLC

       Defendant - Appellee

_____

AMENDED CAPTION NOTICE

_____

TO: Counsel and Parties

The caption of this appeal has been amended as shown above. If additional corrections or modifications are needed for the caption, please file a motion to amend the caption.

Cathi Bennett, Deputy Clerk
804-916-2704